# United States District Court
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| DALE LITTLE § | |
| § | |
| V. § | CASE NO. 4:11-CV-717 |
| § | Judge Schneider/Judge Mazzant |
| TECHNICAL SPECIALTY PRODUCTS, § | |
| LLC, KEITH LEAR, and DONNA LEAR § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On February 8, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants' Motion to Compel Arbitration and Stay Proceedings Pending Arbitration (Dkt. No. 14) be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendants' Motion to Compel Arbitration and Stay Proceedings Pending Arbitration (Dkt. No. 14) is **DENIED.**

**It is SO ORDERED.**

**SIGNED this 1st day of March, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE