IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| DALE LITTLE | § | |
|---|---|---|
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 4:11-cv-00717 |
| | § | **JURY** |
| TECHNICAL SPECIALTY PRODUCTS LLC, KEITH LEAR, AND DONNA LEAR | § | |
| Defendants. | § | |

**PLAINTIFF'S WITNESS LIST**

| Name | Identity | Will Call | May Call | Depo. Test. |
|---|---|---|---|---|
| Dale Little | Plaintiff | X | | |
| Keith Lear | Defendant/ Owner and CEO of TSP | X | | X |
| Donna Lear | Defendant/TSP's Operations Manager | X | | X |
| Brian Farrington | Expert Witness | X | | |
| Scott A. Barnes | Expert Witness | X | | |
| Shauntay Black (by certification of public records) | Assistant Disclosure Officer, Texas Workforce Commission | X | | |
| Robert E. Sheeder (in support of Rule 54(d) Motion) | Attorney's Fees Expert Witness | X | | |
| David Watkins (in support of Rule 54(d) Motion) | Attorney's Fees Expert Witness | X | | |
| Jason E. Winford (in support of Rule 54(d) Motion) | Attorney's Fees Expert Witness | X | | |

**Plaintiff's Witness List - Page 1**

# Exhibit 1

**Keith Lear Deposition Testimony Designation**

| From (Page/Line) | To (Page/Line) |
|---|---|
| 5:21 | 6:1 |
| 6:12 | 6:17 |
| 17:3 | 17:9 |
| 18:2 | 18:3 |
| 24:2 | 24:7 |
| 24:15 | 24:17 |
| 24:18 | 24:19 |
| 25:3 | 29:19 |
| 25:8 | 25:9 |
| 27:2 | 29:1 |
| 31:17 | 31:25 |
| 32:1 | 32:8 |
| 33:1 | 33:16 |
| 33:24 | 34:13 |
| 37:10 | 37:18 |
| 37:21 | 38:6 |
| 41:15 | 42:1 |
| 49:5 | 52:20 |
| 53:2 | 61:9 |
| 53:7 | 53:13 |
| 53:19 | 54:6 |
| 54:7 | 61:9 |
| 59:7 | 60:18 |
| 60:19 | 61:9 |
| 61:10 | 61:14 |
| 61:18 | 62:16 |
| 63:5 | 63:11 |
| 64:25 | 65:9 |
| 67:10 | 67:12 |
| 67:13 | 67:21 |
| 69:23 | 69:25 |
| 95:14 | 95:16 |
| 126:10 | 127:16 |

**Donna Lear Deposition Testimony Designation**

| From (Page/Line) | To (Page/Line) |
|---|---|
| 22:14 | 22:15 |
| 45:17 | 17:23 |
| 46:21 | 49:16 |
| 52:22 | 53:11 |
| 54:18 | 54:20 |
| 60:10 | 60:14 |
| 64:21 | 65:5 |
| 66:9 | 66:20 |
| 66:21 | 66:25 |
| 67:8 | 67:16 |
| 67:22 | 68:7 |
| 68:8 | 68:13 |
| 68:14 | 69:3 |
| 69:4 | 69:5 |
| 71:9 | 71:25 |
| 79:21 | 80:12 |
| 91:14 | 92:25 |
| 95:11 | 100:22 |
| 109:5 | 112:4 |
| 131:9 | 131:16 |
| 132:14 | 132:18 |
| 132:19 | 133:4 |
| 139:13 | 140:17 |
| 141:18 | 141:22 |
| 148:1 | 149:2 |
| 148:22 | 149:7 |
| 151:1 | 151:3 |
| 153:9 | 153:22 |
| 153:23 | 154:4 |
| 161:21 | 162:2 |
| 187:4 | 187:12 |