**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

DALE LITTLE,

      Plaintiff,

         v.

TECHNICAL SPECIALTY PRODUCTS,
LLC, KEITH LEAR, AND DONNA LEAR,

      Defendants.

Civil Action No. 4:11-cv-00717
**JURY**

## EXHIBIT 2 TO JOINT PRETRIAL ORDER – DEFENDANTS' WITNESS LIST

Defendants Technical Specialty Products, LLC, Keith Lear, and Donna Lear (collectively, "Defendants") hereby file their list of witnesses that they intend to call or that they may call in the trial of the above-styled and numbered cause.

In addition to the following witnesses, the Defendants reserve the right to call any witness on the Plaintiff's list (Exhibit 1 to the Joint Pretrial Order), and may call additional witnesses in rebuttal of Plaintiff's witnesses or contentions at trial.

A.  **WITNESSES THAT DEFENDANTS WILL CALL**

1) Keith Lear;

2) Donna Lear;

3) Additional Corporate Representative(s) of Technical Specialty Products;

4) Additional Custodian(s) of Records for Technical Specialty Products;

5) Holly Paola; and

Exhibit 2

6)  Dale Little.

## B.  WITNESSES THAT DEFENDANTS MAY CALL

1)  Chad Earnest;

2)  Eddie Wyman, and/or Bill Varner, and/or another representative and/or custodian of records of Firestone Complete Auto Care;

3)  Don Pope and/or another representative and/or custodian of records of Christian Brothers' Automotive Care;

4)  Philip Milam and/or another representative and/or custodian of records of Bob Tomes Ford; and

5)  Sylvia A. Martinez and/or another representative and or custodian of records of the Texas Workforce Commission.

## C.  WITNESSES THAT DEFENDANTS WILL CALL BY DEPOSITION

1)  Defendants do not intend to call any witnesses by deposition at trial.  However, Defendants reserve the right to impeach or rebut witnesses' trial testimony using their prior deposition testimony should the need arise.

EXHIBIT 2 TO JOINT PRETRIAL ORDER – DEFENDANTS' WITNESS LIST                                        PAGE 2

Respectfully submitted,

/s/ Charles S. Cantu
Charles S. Cantu
*Attorney in Charge*
Texas Bar No. 24044911



**CHARLES S. CANTU, ATTORNEY AT LAW**
Post Office Box 150331
Arlington, Texas 76015
Telephone 214.506.3115
Facsimile   817.704.4504
charles.cantu@cantu-law.com

**H. Peyton Inge IV**
State Bar No. 24053279



**CHAMBLEE, RYAN,
KERSHAW & ANDERSON, P.C.**
2777 Stemmons Freeway, Suite 1157
Dallas, Texas 75207
Telephone 214.905.2003
Facsimile   214.905.1213
pinge@chambleeryan.com

**COUNSEL FOR DEFENDANTS**

**EXHIBIT 2 TO JOINT PRETRIAL ORDER – DEFENDANTS' WITNESS LIST**                    **PAGE 3**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing document was filed with the Clerk of the Court using the CM/EFC system, which will automatically send email notification of such filling to the following attorneys of record:

>David Watkins, Esq.
>Jason E. Winford, Esq.
>**JENKINS & WATKINS,**
>**A PROFESSIONAL CORPORATION**
>2626 Cole Avenue, Suite 200
>Dallas Texas 75201

This 13th day of March, 2013.

>/s/ Charles S. Cantu
>Charles S. Cantu

EXHIBIT 2 TO JOINT PRETRIAL ORDER – DEFENDANTS' WITNESS LIST                    PAGE 4