✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Texas

Dale Little

V.

Technical Specialty Products, LLC

**EXHIBIT AND WITNESS LIST**

Case Number: 4:11-cv-00717

| PRESIDING JUDGE<br>Hon. Amos L. Mazzant | PLAINTIFF'S ATTORNEY<br>David Watkins, Jason E. Winford | DEFENDANT'S ATTORNEY<br>Charles S. Cantu, H. Peyton Inge IV |
|---|---|---|
| TRIAL DATE (S)<br>April 29, 2013 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Email to Donna w/ resume (4/19) [TSP 19-20] |
| 2 | | | | | Plaintiff's college degree certificates [Little 563-564] |
| 3 | | | | | Plaintiff's professional certifications [Little 565-569] |
| 4 | | | | | Employee manual [Little 52-78] |
| 5 | | | | | Drive Time Policy [Little 240-243] |
| 6 | | | | | Drive Time Policy (faxed signature page) [TSP 7] |
| 7 | | | | | Other signed Drive Time Policies [TSP 1443, 1453, 1499, 1550, 1565, 1600] |
| 8 | | | | | Text from Holly re: drive time policy (9/30) [Little 245-246, 453-454] |
| 9 | | | | | Text from Donna re: West Texas trip (10/12) [Little 403-405] |
| 10 | | | | | Text from Donna re: overtime (10/4) [Little 244, 406] |
| 11 | | | | | Text from Holly re: drive time policy (10/6) [Little 459] |
| 12 | | | | | Signed Statement [Little 281-282] |
| 13 | | | | | Greyhound bus ticket Little [247-250] |
| 14 | | | | | Timesheets (9/22-9/29) [Little 176-183] |
| 15 | | | | | Timesheets (9/30-10/6) [Little 184-188] |
| 16 | | | | | Paycheck (10/7) [Little 208] |
| 17 | | | | | Timesheets (10/7-10/13) [Little 189-195] |
| 18 | | | | | Timesheets (10/19-10/20) [Little 299-300] |
| 19 | | | | | Paycheck (10/21) [Little 209] |
| 20 | | | | | Timesheet (10/21) [Little 301] |
| 21 | | | | | TSP timesheets/paychecks/notes [TSP 31-176] |
| 22 | | | | | TWC certification of records [TWC 61] |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 5 Pages

# Exhibit 3

✎AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**

| Dale Little | | vs. | Technical Specialty Products, LLC | | CASE NO. 4:11-cv-00717 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 23 | | | | | TSP response to TWC unemployment benefits claim [TWC 87-101] |
| 24 | | | | | TWC unemployment benefits claim determination [TWC 119] |
| 25 | | | | | TWC unemployment benefits claim determination [TWC 125] |
| 26 | | | | | TWC fax to TSP w/ handwritten note [TSP 230-32] |
| 27 | | | | | Email from Holly re: Company Vehicle Policy Notice (10/17) [Little 235-237] |
| 28 | | | | | Text from Holly re: truck policy (10/17) [Little 459-61] |
| 29 | | | | | Company Vehicle Policy Notice (signed) [TSP 17-18] |
| 30 | | | | | Other company vehicle agreements [TSP 1444, 1461, 1480, 1490, 1535, 1444, 1461, 1480, |
| | | | | | 1490, 1535, 1553, 1568, 1575, 1593, 1607, 1616, 1623, 1626, 1641] |
| 31 | | | | | Text from Holly re: timesheets (7/28) [Little 434-39] |
| 32 | | | | | Text from Holly re: timesheets (8/25) [Little 441-42] |
| 33 | | | | | Truck estimates/repair invoices [Little 211-229] |
| 34 | | | | | Truck pictures Little [495-499] |
| 35 | | | | | Text from Holly re: truck damage (7/25) [Little 429-30] |
| 36 | | | | | Text with Donna re: tire/ruck repairs (7/28-7/30) [Little 367-372] |
| 37 | | | | | Text with Holly re: flat (9/17) [Little 447-450] |
| 38 | | | | | Text with Jeremy re: truck (10/7-10/8) [Little 471-475] |
| 39 | | | | | Text from Donna re: credit card (10/8) [Little 409] |
| 40 | | | | | Text from Jeremy re: truck repairs (10/9) [Little 475] |
| 41 | | | | | Text with Jeremy re: truck repairs (10/12-10/18) [Little 480-84] |
| 42 | | | | | Text from Donna (10/11-10/20) re: truck repairs [Little 410-414] |
| 43 | | | | | Text with Donna re: truck issues (8/31) [Little 383-385] |
| 44 | | | | | Text from Holly re: receipts (6/15) [Little 415] |
| 45 | | | | | Text to Holly re: receipts (7/13) [Little 423] |
| 46 | | | | | Text from Holly re: receipts (7/27) [Little 431-33] |
| 47 | | | | | Text from Holly re: gps (9/21) [Little 451] |
| 48 | | | | | Text from Holly re: gps (10/17) [Little 462] |

Page   2   of   5   Pages

✎AO 187A (Rev. 7/87)                     **EXHIBIT AND WITNESS LIST – CONTINUATION**

| Dale Little | | | vs. | Technical Specialty Products, LLC | CASE NO. 4:11-cv-00717 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 49 | | | | | TSP cell phone directory [Little 518] |
| 50 | | | | | Chart of other employee credit card charges [Little 576-578] |
| 51 | | | | | Justin Harper credit card/expense statements [TSP 1657-1668] |
| 52 | | | | | Patrick Rexrode credit card/expense statements [TSP 1669-1691] |
| 53 | | | | | Jonathan Heughan credit card/expense statements [TSP 1692-1698] |
| 54 | | | | | Martin Lopez credit card/expense statements [TSP 1699-1711] |
| 55 | | | | | Rafael Barajas expense statements [TSP 1712-1723] |
| 56 | | | | | Thomas Hanly credit card/expense statements [1724-1744] |
| 57 | | | | | Chad Ernest credit card statement & receipts [TSP 1751-1781] |
| 58 | | | | | Jed Townsend credit card statement [TSP 1784-1785] |
| 59 | | | | | Michael Scott Lees credit card statement and receipts [TSP 1786-1815, 2007-2087] |
| 60 | | | | | Jason Ballard receipts [TSP 1893-1904, 1994-2001] |
| 61 | | | | | Google Maps pages [Little 579-610] |
| 62 | | | | | Steve Allen timesheets/paychecks [TSP 235-237] |
| 63 | | | | | Kamen Ballow timesheets/paychecks [TSP 238-292] |
| 64 | | | | | Rafael Barajas timesheets/paychecks [TSP 293-306] |
| 65 | | | | | Daniel Cardenas timesheets/paychecks [TSP 307-317] |
| 66 | | | | | James D. Casey timesheets/paychecks [TSP 318-319] |
| 67 | | | | | Joshua Chambers timesheets/paychecks [TSP 320-325] |
| 68 | | | | | Edward Champagne timesheets/paychecks [TSP 326-335] |
| 69 | | | | | Jeffrey Damm timesheets/paychecks [TSP 336-367] |
| 70 | | | | | Chad Ernest timesheets/paychecks [TSP 368-397] |
| 71 | | | | | Thomas Hanley timesheets/paychecks [TSP 398-804] |
| 72 | | | | | Justin Harper timesheets/paychecks [TSP 805-843] |
| 73 | | | | | Stephen James timesheets/paychecks [TSP 844-907] |
| 74 | | | | | Jayson Kern timesheets/paychecks [TSP 908-917] |
| 75 | | | | | Jacob Lees timesheets/paychecks [TSP 918-923] |

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | Dale Little | | vs. | Technical Specialty Products, LLC | CASE NO. 4:11-cv-00717 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 76 | | | | | Michael Scott Lees timesheets/paychecks [TSP 925-971] |
| 77 | | | | | Martin Lopez timesheets/paychecks [TSP 972-985] |
| 78 | | | | | Jeff Melkoski timesheets/paychecks [TSP 986-1028] |
| 79 | | | | | Lance Owen timesheets/paychecks [TSP 1029-1031] |
| 80 | | | | | Chad Pierce timesheets/paychecks [TSP 1032-1044] |
| 81 | | | | | Patrick Rexrode timesheets/paychecks [TSP 1045-1253] |
| 82 | | | | | Cory Richard timesheets/paychecks [TSP 1254-1262] |
| 83 | | | | | Brandon Shipp timesheets/paychecks [TSP 1262-1337] |
| 84 | | | | | Jed Townsend timesheets/paychecks [TSP 1338-1365] |
| 85 | | | | | Edward Wright timesheets/paychecks [TSP 1366-1429] |
| 86 | | | | | Joseph Wright timesheets/paychecks [TSP 1430-1435] |
| 87 | | | | | Chart of employee pay rates [Little 574] |
| 88 | | | | | Resume [Little 280] |
| 89 | | | | | Job search spreadsheet [Little 570-73] |
| 90 | | | | | Paychecks (5/20-10/21) [Little 196-209] |
| 91 | | | | | IRS Form W-2 for 2011 [Little 210] |
| 92 | | | | | Expert Report of Scott A. Barnes (Jan. 28, 2013) [1st Supp. Rule 26(a)(2) Discl.] |
| 93 | | | | | Supp. Expert Report of Scott A. Barnes (Jan. 31, 2013) [2nd Supp. Rule 26(a)(2) Discl.] |
| 94 | | | | | Second Supp. Report of Scott A. Barnes (Feb. 25, 2013)  [3rd Supp. Rule 26(a)(2) Discl.] |
| 95 | | | | | Calculation of Lost Wages (Back Pay) (Barnes supp. att. no. 3) [2nd Supp. Rule 26(a)(2) Discl.] |
| 96 | | | | | Calculation of Lost Wages (Front Pay) (Barnes supp. att. no. 4) [2nd Supp. Rule 26(a)(2) Discl.] |
| 97 | | | | | Life Table (Barnes supp. att. no. 5) [2nd Supp. Rule 26(a)(2) Discl.] |
| 98 | | | | | Chart-Workweek Ending Sept. 29, 2011 [2nd Little Decl. Ex. 7] |
| 99 | | | | | Chart-Workweek Ending Oct. 6, 2011 [2nd Little Decl. Ex. 12] |
| 100 | | | | | Chart-Workweek Ending Oct. 13, 2011 [2nd Little Decl. Ex. 14] |
| 101 | | | | | Expert Report of Brian T. Farrington [1st Supp. Rule 26(a)(2) Discl.] |
| 102 | | | | | Sec. of State Certificate for TSP [TSP 10] |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Dale Little | vs. | Technical Specialty Products, LLC | CASE NO. 4:11-cv-00717 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 103 | | | | | TSP Operating Agreement [TSP 11-16] |
| 104 | | | | | Employee expense forms/credit card statements [TSP 1657-1744] |
| 105 | | | | | Attorney Representation Letter (10/28) [Little 293-294] |
| 106 | | | | | TSP's Interrogatory Answers |
| 107 | | | | | Keith Lear's Interrogatory Answers |
| 108 | | | | | Donna Lear's Interrogatory Answers |

Page   5   of   5   Pages