AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_Eastern_ DISTRICT OF _Texas_

Dale Little

V.

Technical Specialty Products, et al.

## EXHIBIT AND WITNESS LIST

Case Number: 4:11-cv-00717

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Amos L. Mazzant | David Watkins, Esq. | Charles S. Cantu, Esq. |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 04/08/2013 - 04/12/2013 | | Debra McCord |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | | | | TSP 00002 - 00005; Dale Little's Blue Cross Blue Shield Benefit Enrollment Form |
| | 2 | | | | TSP 00006; Technical Specialty Products, LLC Policy Notice Executed October 17, 2011 |
| | 3 | | | | TSP 00007; Technical Specialty Products, LLC Policy Notice Executed October 7, 2011 |
| | 4 | | | | TSP 00008 - 00009; Dale Little Charged Drive Time Spreadsheet |
| | 5 | | | | TSP 00009 - 000016; Certified Articles of Incorporation for Technical Specialty Products, LLC |
| | 6 | | | | TSP 000017 - 000018; Company Vehicle Policy Notice Executed October 17, 2011 |
| | 7 | | | | TSP 000019 - 000021; Email from Dale Little to Donna Lear (including attachment) |
| | 8 | | | | TSP 000022 - 000026; TSP Employee Manual Executed by Plaintiff on May 2, 2011 |
| | 9 | | | | TSP 000027; Dale Little Time Charged for Truck Repairs Spreadsheet |
| | 10 | | | | TSP 000028 - 000029; Dale Little Improper Use of Company Credit Card Spreadsheet |
| | 11 | | | | TSP 000030 - 000031; Handwritten Notes Regarding Plaintiff's Pay |
| | 12 | | | | TSP 000032; Direct Deposit Voucher for Dale Little Dated October 21, 2011 |
| | 13 | | | | TSP 000033 - 000042; TSP Controls Daily Time Sheets with Handwritten Notes |
| | 14 | | | | TSP 000046 - 000049; Documents to/from TWC by TSP including Notification of Claim Paid in Full |
| | 15 | | | | TSP 000050; Cashier's Check Number 7000683695 for $195.50 in Payment of Wage Claim |
| | 16 | | | | TSP 000051; Texas Workforce Commission Remittance Slip for Dale Little |
| | 17 | | | | TSP 000052; Texas Workforce Commission Preliminary Wage Determination Order |
| | 18 | | | | TSP 000053; Direct Deposit Voucher for Dale Little Dated May 20, 2011 with Note Attached |
| | 19 | | | | TSP 000054 - TSP 000059; TSP Controls Daily Time Sheets with Handwritten Notes |
| | 20 | | | | TSP 000060; Direct Deposit Voucher for Dale Little Dated June 3, 2011 with Note Attached |
| | 21 | | | | TSP 000061 - 000071; TSP Controls Time Daily Time Sheets with Handwritten Notes |
| | 22 | | | | TSP 000072; Direct Deposit Voucher for Dale Little Dated June 17, 2011 with Note Attached |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __4__ Pages

Exhibit 4

AO 187A (Rev. 7/87)   **EXHIBIT AND WITNESS LIST – CONTINUATION**

| Dale Little | vs. | Technical Specialty Products et al. | CASE NO. 4:11-cv-00717 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 23 | | | | TSP 000073 - 000075; TSP Daily Controls Time Sheets with Handwritten Notes |
| | 24 | | | | TSP000076 - 000077; Vacation Request Form Dated June 2, 2011 with Fax Cover Sheet |
| | 25 | | | | TSP 000078; Direct Deposit Voucher for Dale Little Dated July 1, 2011 with Note Attached |
| | 26 | | | | TSP 000079; Vacation Request Form Dated June 13, 2011 |
| | 27 | | | | TSP 000080 - 000088; TSP Daily Controls Time Sheets with Handwritten Notes |
| | 28 | | | | TSP 000091; Direct Deposit Voucher for Dale Little Dated July 15, 2011 with Note Attached |
| | 29 | | | | TSP 000092 - 0000104; TSP Daily Controls Time Sheets with Handwritten Notes and Fax Covers |
| | 30 | | | | TSP 0000105; Handwritten Notes from TSP regarding Dale Little's Pay dated July 29 |
| | 31 | | | | TSP 0000106; Direct Deposit Voucher for Dale Little Dated July 29, 2011 with Note Attached |
| | 32 | | | | TSP 0000107 - 0000112; TSP Daily Controls Time Sheets with Handwritten Notes |
| | 33 | | | | TSP 0000118; Direct Deposit Voucher for Dale Little Dated August 12, 2011 with Note Attached |
| | 34 | | | | TSP 0000119 - 0000127; TSP Daily Controls Time Sheets with Handwritten Notes and Fax Cover |
| | 35 | | | | TSP 0000128; Direct Deposit Voucher for Dale Little Dated August 26, 2011 with Note Attached |
| | 36 | | | | TSP 0000129 - 0000137; TSP Daily Controls Time Sheets with Handwritten Notes |
| | 37 | | | | TSP 0000138; Direct Deposit Voucher for Dale Little Dated September 9, 2011 With Note Attached |
| | 38 | | | | TSP 0000139 - 0000147; TSP Daily Controls Time Sheets with Handwritten Notes and Fax Cover |
| | 39 | | | | TSP 0000148; Direct Deposit Voucher for Dale Little Dated September 23, 2011 with Note Attached |
| | 40 | | | | TSP 0000149 - 0000157; TSP Daily Controls Time Sheets with Handwritten Notes and Fax Covers |
| | 41 | | | | TSP 0000158; Direct Deposit Voucher for Dale Little Dated October 7, 2011 |
| | 42 | | | | TSP 0000159 - 0000169; TSP Daily Controls Time Sheets with Handwritten Notes |
| | 43 | | | | TSP 00170; Expense Form for Dale Little with Receipts Attached |
| | 44 | | | | TSP 00171 - 00175; CapitalOne Credit Card Statement Dated August 27, 2011 |
| | 45 | | | | TSP 00176; Handwritten Notes Regarding Dale Little's October Credit Card Charges |
| | 46 | | | | TSP 00177 - 00180; CapitalOne Credit Card Statement Dated October 27, 2011 |
| | 47 | | | | TSP 00181; Check from TSP to Dale Little Dated September 15, 2011 |
| | 48 | | | | TSP 00182 - 00184; Expense Forms for Dale Little with Receipts Attached |
| | 49 | | | | TSP 00185 - 00186; Handwritten Notes and Tape Regarding Little's September 2011 Charges |

AO 187A (Rev. 7/87)     **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | Dale Little | | vs. | Technical Specialty Products, et al. | CASE NO. 4:11-cv-00717 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 50 | | | | TSP 00187 - 00188; Expense Form for Dale Little with Receipt Attached |
| | 51 | | | | TSP 00189 - 00193; CapitalOne Credit Card Statement Dated September 27, 2011 |
| | 52 | | | | TSP 00194 - 00196; Documents from TWC to Technical Specialty Products regarding Plaintiff |
| | 53 | | | | TSP 00197 - 00220; Fax from Jenkins & Watkins PC Enclosing Wage Claim and Documentation |
| | 54 | | | | TSP 00224 - 00225; Employer's Copy of Determination on Payment of Unemployment from TWC |
| | 55 | | | | TSP 00230 - 00232; Fax from Holly Paola (TSP) to Sylvia Martinez (TWC) dated November 14, 201 |
| | 56 | | | | TSP 1745 - 1747; Service Preliminary Write-Up Sheet from Bob Tomes Ford for Dale Little |
| | 57 | | | | TSP 1748; TSP Controls Daily Time Sheet by Dale Little for October 13, 2011 |
| | 58 | | | | TSP 1749 - 1750; Expense form for Dale Little with Receipt |
| | 59 | | | | TSP 1816 - 1892; Various Receipts for items charged to Dale Little's Company Credit Card |
| | 60 | | | | TSP 1904 - 1993; Various Receipts for items charged to Dale Little's Company Credit Card |
| | 61 | | | | TSP 2002 - 2006; Various Receipts for items charged to Dale Little's Company Credit Card |
| | 62 | | | | TSP 2090 - 2111; Various Receipts for items charged to Dale Little's Company Credit Card |
| | 63 | | | | TSP 2113 - 2166; Various Receipts for items charged to Dale Little's Company Credit Card |
| | 64 | | | | TSP 2178 - 2182; Various Receipts for items charged to Dale Little's Company Credit Card |
| | 65 | | | | TSP 2215 - 2299; Various Receipts for items charged to Dale Little's Company Credit Card |
| | 66 | | | | TSP 2308 - 2312; Various Receipts for items charged to Dale Little's Company Credit Card |
| | 67 | | | | Plaintiff's Initial Disclosures served April 9, 2012 |
| | 68 | | | | Little 00001 - 00078; TSP Employee Manual with Acknowledgements by Dale Little |
| | 69 | | | | Little 00079; Handwritten Notes Produced by Dale Little |
| | 70 | | | | Little 00080 - 00090; TSP Controls Daily Time Sheets and Cover Page Produced by Dale Little |
| | 71 | | | | Little 00091 - 00101; TSP Controls Daily Time Sheets and Cover Page Produced by Dale Little |
| | 72 | | | | Little 00102 - 00107; TSP Controls Daily Time Sheets and Cover Page Produced by Dale Little |
| | 73 | | | | Little 00108 - 00113; TSP Controls Daily Time Sheets and Cover Page Produced by Dale Little |
| | 74 | | | | Little 00114 - 00119; TSP Controls Daily Time Sheets and Cover Page Produced by Dale Little |
| | 75 | | | | Little 00120 - 00127; TSP Controls Daily Time Sheets and Cover Page Produced by Dale Little |
| | 76 | | | | Little 00128 - 00132; TSP Controls Daily Time Sheets and Cover Page Produced by Dale Little |

Page 3 of 4 Pages

AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Dale Little vs. Technical Specialty Products, et al. — CASE NO. 4:11-cv-00717 |
| | 77 | | | | Little 00133 - 00143; TSP Controls Daily Time Sheets and Cover Page Produced by Dale Little |
| | 78 | | | | Little 00144 - 00146; TSP Controls Daily Time Sheets and Cover Page Produced by Dale Little |
| | 79 | | | | Little 00147 - 00165; TSP Controls Daily Time Sheets and Cover Page Produced by Dale Little |
| | 80 | | | | Little 00166 - 00171; TSP Controls Daily Time Sheets and Cover Page Produced by Dale Little |
| | 81 | | | | Little 00172 - 00175; TSP Controls Daily Time Sheets and Cover Page Produced by Dale Little |
| | 82 | | | | Little 00176 - 00183; TSP Controls Daily Time Sheets and Cover Page Produced by Dale Little |
| | 83 | | | | Little 00184 - 00195; TSP Controls Daily Time Sheets and Cover Page Produced by Dale Little |
| | 84 | | | | Little 00196 - 00209; Direct Deposit Vouchers from TSP Produced by Dale Little |
| | 85 | | | | Little 00210; Form W-2 Wage and Tax Statement (2011) Produced by Dale Little |
| | 86 | | | | Little 00211 - 00229; Vehicle Maintenance Receipts Produced by Dale Little |
| | 87 | | | | Little 00230 - 00234; Vacation Requests with Fax Confirmations Produced by Dale Little |
| | 88 | | | | Little 00235 - 00237; Email to Dale Little Enclosing Company Vehicle Policy (attached) |
| | 89 | | | | Little 00240 - 00241; Email to Dale Little Enclosing Policy Notice (attached) |
| | 90 | | | | Little 00251 - 00255; Texas Workforce Commission Documents Produced by Dale Little |
| | 91 | | | | Little 00272 - 00275; Expense Forms and Receipts produced by Dale Little |
| | 92 | | | | Little 00277 - 00279; Texas Workforce Commission Documents Produced by Dale Little |
| | 93 | | | | Little 00280; Resume Produced by Dale Little |
| | 94 | | | | Little 00295 - 00298; Fee Agreement between Dale Little and Jenkins & Watkins, P.C. |
| | 95 | | | | Little 00500 - 00517; Documents from the TWC to Dale Little Produced by Dale Little |
| | 96 | | | | TWC 00060 - 00190; Certified Records from the Texas Workforce Commission |
| | 97 | | | | Plaintiff's First Supplemental Rule 26(A)(2) Disclosures Served on January 28, 2013 |
| | 98 | | | | Plaintiff's Second Supplemental Rule 26(A)(2) Disclosures Served February 4, 2013 |

Page 4 of 4 Pages