# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

**DATE:** 4/29/13

| MAGISTRATE JUDGE | COURT REPORTER: Dave Maxwell |
|---|---|
| Amos L. Mazzant | COURTROOM DEPUTY: Debbie McCord |

| | |
|---|---|
| DALE LITTLE<br>VS<br>TECHNICAL SPECIALTY PRODUCTS, LLC . | CAUSE NO: 4:11CV717 |

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
|---|---|
| JASON WINFORD, DALE LITTLE, DAVID WATKINS | CHARLES CANTU, PEYTON INGE, KEITH LEAR |
| | |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: Jury Selection and Trial |
|---|---|
| 9:19 am | Court called case, noting appearance of counsel. Mr. Winford voir dires the jury. |
| 10:10 am | Court in short recess. |
| 10:19 am | Court back in session with voir dire by Mr. Cantu for Defendant. |
| 11:20 am | Voir dire concluded. |
| 11:21 am | Jury panel is excused while attorneys make their selection. |
| 11:40 am | Court back in session. Court Clerk announces names of jurors. Jury is seated and sworn in. |
| 11:41 am | Court provides preliminary instructions. |
| 12:00 pm | Jury and Court in recess for lunch, to return at 1:30 pm. |
| 1:35 pm | Court in session, jury brought in and seated. Opening statement by Mr. Winford. |
| 1:55 pm | Opening statement by Mr. Cantu. |
| 2:17 pm | Bench Conference. |

CASE NO. DATE:
PAGE 2 - PROCEEDINGS CONTINUED:

| TIME: | MINUTES: Jury Selection and Trial |
|---|---|
| 2:19 PM | Opening continues. |
| 2:21 PM | The Court admits all documents not previously objected to. |
| 2:21 pm | Plaintiff witness: Keith Lear, sworn in. Direct by Mr. Winford. |
| 2:45 pm | Bench conference. |
| 2:47 pm | Direct examination continues. Pl 5, 6, 7. |
| 3:02 pm | Court is in recess for afternoon break. Jury exits courtroom. |
| 3:04 pm | Court addresses counsel regarding matter brought up during testimoney. |
| 3:05 pm | Court in recess. |
| 3:50 pm | Court back in session. Jury brought in and seated. Direct examination continues. |
| 4:40 pm | Cross examination by Mr. Cantu. |
| 4:47 pm | Cross examination concludes. Court takes questions from jury for witness. |
| 4:48 pm | Jury is in recess for the day. |
| 4:49 pm | Court reviews the jury's questions with counsel. |
| 4:54 pm | Court is in recess for the day. |

**DAVID J. MALAND, CLERK**

BY:     Debbie McCord
       Courtroom Deputy Clerk