# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| DALE LITTLE | § | |
| | § | |
| V. | § | CASE NO. 4:11-CV-717 |
| | § | |
| TECHNICAL SPECIALTY PRODUCTS | § | |
| LLC, et. al. | § | |

## FINAL JUDGMENT

This action came on for trial before the Court and a jury, the undersigned presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

It is **ORDERED** and **ADJUDGED** that Plaintiff, Dale Little, recover of Defendants, Technical Specialty Products, LLC, Keith Lear and Donna Lear, the sum of ONE HUNDRED AND FIVE THOUSAND, THREE HUNDRED SIXTY-SIX DOLLARS AND 25//100 ($105,366.25) in back pay for Defendants' violations of the Fair Labor Standards Act ("FLSA").

It is further **ORDERED** and **ADJUDGED** that Plaintiff recover from Defendants an additional sum of ONE HUNDRED AND FIVE THOUSAND, THREE HUNDRED SIXTY-SIX DOLLARS AND 25//100 ($105,366.25) in liquidated damages.

It is further **ORDERED** that all costs are to be paid by Defendants.

All relief not previously granted is hereby DENIED.

**IT IS SO ORDERED**.

**SIGNED this 23rd day of October, 2013.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE